ASCENSION LAW GROUP
PAMELA TSAO (266734)
12341 Newport Ave
Suite B200
Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>         Plaintiff,<br><br>     vs.<br><br>98 PLAZA LLC, a limited liability company<br><br>         Defendants. | Case No.: 5:23-cv-02144-SSS-SPx<br><br>**ORDER**<br><br>Hon. Sunshine S. Sykes |

IT IS HEREBY ORDERED THAT:

Plaintiff's Request for Dismissal Without Prejudice is Granted and the action is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 19, 2024

_____
Hon. Sunshine S. Sykes
U.S. District Judge